**Amalia Rodriguez-Mendoza**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 1748**
**Austin, Texas 78767**



**03-14-00662-CV**

January 7, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re: D-1-GN-13-004148

A clerk's record in cause number D-1-GN-13-004148 BENNY J. WILLIAMS AND GLORIA ANN QUIROZ VS JAMES R. COLLEY, ET AL, was due in your office on DECEMBER 19, 2014 and I have made several attempts to make contact with Mr. John F. Campbell regarding Appeal and as of today payment has not been paid in our office.

If you have any question please contact me at (512) 854-5880.

Thank you,

Sincerely,

Patsy Ybarra
Deputy Court Clerk,
(512) 854-5880

cc: Court file